Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jaya Bajaj (State Bar No. 317909)
jbajaj@fbm.com
Idrian Mollaneda (State Bar No. 339369)
imollaneda@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Amazon.com
Services LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYMIN CHEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation; ASTON CARTER, INC., a Maryland corporation; AEROTEK, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>[ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2023-01317819-CU-WT-CJC] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF FAYMIN CHEN:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Orange.

## I.　　FACTUAL AND PROCEDURAL BACKGROUND

On April 6, 2023, Plaintiff FAYMIN CHEN ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Orange,

entitled *Faymin Chen v. Amazon.com Services LLC et al.*, Case No. 30-2023-01317819-CU-WT-CJC.  A true and correct copy of the Complaint (hereinafter the "Complaint"), together with its Civil Case Cover Sheet, is attached as **Exhibit A** to the Declaration of Jaya Bajaj ("Bajaj Decl.") submitted concurrently herewith.  *See* Bajaj Decl., ¶ 2.

In her Complaint, Plaintiff alleges seven causes of action against Amazon: (1) Race, National Origin, and/or Ancestry Discrimination; (2) Age Discrimination; (3) Harassment; (4) Retaliation; (5) Failure to Prevent Harassment, Discrimination, and Retaliation; (6) Failure to Reimburse Necessary Business Expenses; and (7) Wrongful Termination in Violation of Public Policy.  *See* **Exh. A** at 2.  Plaintiff seeks general damages, special damages, compensatory damages, punitive damages, and attorneys' fees and costs.  *See* **Exh. A** at 21.

On April 14, 2023, Amazon was served with Plaintiff's Complaint. Bajaj Decl., ¶ 2.  On May 15, 2023, Amazon answered Plaintiff's Complaint in State Court, which is attached as **Exhibit B** to the Declaration of Jaya Bajaj submitted concurrently herewith.  *See* Bajaj Decl., ¶ 3; **Exh. B.** (Amazon.com Services LLC's Answer to Plaintiff Faymin Chen's Unverified Complaint).

## II.    THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading."  *See* 28 U.S. § 1446(b)(2)(B).

## III.    THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship.  *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States").  First, Plaintiff is a citizen of a different state than Defendant Amazon, Defendant Aston Carter, Inc., and Defendant Aerotek, Inc.  Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all

relevant times; Plaintiff's Complaint alleges that Defendant Aston Carter, Inc., and Defendant Aerotek, Inc. are and were corporations duly organized and existing under the laws of the State of Maryland.  *See* **Exh. A** at 2.

Moreover, Defendant Amazon.com Services LLC is not a citizen of California.  For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California).  The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington.  A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit C** to the Declaration of Jaya Bajaj submitted concurrently herewith. *See* **Exh. C** (Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and organized under Delaware law); Bajaj Decl., ¶ 4.

In addition, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks compensatory damages, punitive damages, attorney's fees, and more.  *See* **Exh. A** at 21. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims.  *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v.*

*PCR Tech.*, 209 F.Supp.2d 1029, 1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees).  Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.   VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Orange, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V.   NOTICE OF REMOVAL

Amazon will promptly serve this Notice of Removal upon Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Orange.

Dated:  May 15, 2023                    FARELLA BRAUN + MARTEL LLP


                                        By:     */s/ Jaya Bajaj*
                                             Jaya Bajaj

                                        Attorneys for Defendant Amazon.com Services LLC