# EXHIBIT B

Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jaya Bajaj (State Bar No. 317909)
jbajaj@fbm.com
Idrian Mollaneda (State Bar No. 339369)
imollaneda@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Amazon.com Services LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| FAYMIN CHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation; ASTON CARTER, INC., a Maryland corporation; AEROTEK, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 30-2023-01317819-CU-WT-CJC<br><br>ASSIGNED FOR ALL PURPOSES TO: MARTHA K. GOODING<br><br>**ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>Action Filed:       April 6, 2023<br>Trial Date:         Not Yet Set |

Defendant AMAZON.COM SERVICES LLC ("Amazon") hereby answers Plaintiff FAYMIN CHEN's ("Plaintiff's") unverified Complaint as follows:

## <u>GENERAL DENIAL</u>

Pursuant to California Code of Civil Procedure § 431.30(d), Amazon denies each and every allegation of Plaintiff FAYMIN CHEN's Complaint and the whole of each and every cause of action therein.  In addition, Amazon denies that Plaintiff has been injured or damaged by Amazon in any sum or amount whatsoever.

## <u>DEFENSES</u>

As separate defenses to the Complaint, and to each purported cause of action asserted therein, Amazon alleges as follows:

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

## FIRST DEFENSE

### (Failure to State a Claim)

1. The Complaint, and each purported cause of action therein, is barred, in whole or in part, because it fails to state facts sufficient to constitute a cause of action against Amazon.

## SECOND DEFENSE

### (Not Plaintiff's Employer)

2. Plaintiff's claims against Amazon are barred, in whole or in part, because that defendant was not Plaintiff's employer.

## THIRD DEFENSE

### (Statute of Limitations)

3. Plaintiff's claims, including those under the California Fair Employment and Housing Act, California Government Code §§ 12900, *et seq.*, and the California Labor Code, are barred by the applicable statute of limitations.

## FOURTH DEFENSE

### (Legitimate Business Justification)

4. Plaintiff's claims are barred, in whole or in part, because Amazon's conduct has at all times been undertaken with legitimate business justifications and in a reasonable and good faith belief in the lawfulness of Amazon's actions.

## FIFTH DEFENSE

### (Legitimate Non-Retaliatory, Non-Discriminatory Reason)

5. Plaintiff's claims are barred, in whole or in part, because any alleged adverse employment actions of which Plaintiff complains (although none are admitted herein or hereby), and any other actions taken by Amazon as to Plaintiff were not based on any of Plaintiff's purported protected activities or purported protected characteristics, but instead were based on legitimate, non-retaliatory, non-discriminatory reasons.

## SIXTH DEFENSE

### (Avoidable Consequences/Reasonable Care)

6. Amazon exercised reasonable care to prevent and promptly correct any offending

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

2

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

behavior. Plaintiff unreasonably failed to avail herself of such preventive and/or corrective opportunities provided by Amazon, or to otherwise avoid harm.

### SEVENTH DEFENSE

### (No Retaliation)

7. Plaintiff's retaliation claim under Government Code § 12940(h) is barred because Plaintiff has not "opposed any practices forbidden under this part" or "filed a complaint, testified, or assisted in any proceeding under this part." Govt. Code § 12940(h).

### EIGHTH DEFENSE

### (Same Course of Conduct)

8. Even if it were determined that Amazon impermissibly considered Plaintiff's purported protected activities or any other unlawful factor in its decision to take an employment action with respect to Plaintiff (which Amazon denies), Amazon nevertheless would have taken the same action in the absence of the impermissible motive or motives, thus barring Plaintiff's claim for damages.

### NINTH DEFENSE

### (Workers' Compensation Exclusivity)

9. As to any claim by Plaintiff for physical, mental, or emotional distress, such claim is barred by California Labor Code §§ 3600, *et seq.*, which provides that workers' compensation is Plaintiff's exclusive remedy.

### TENTH DEFENSE

### (Plaintiff's Acts or Omissions)

10. Amazon alleges that, if Plaintiff suffered any harm, loss, or damage (which Amazon denies), then such injury was caused by or contributed to by the acts and omissions of Plaintiff.

### ELEVENTH DEFENSE

### (Reasonable Care: Harassment)

11. Plaintiff's harassment causes of action, and each of them, as well as the recovery sought, are barred because Amazon exercised reasonable care to prevent and to correct timely any

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

3

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

alleged harassing behavior.

## TWELFTH DEFENSE

### (Reasonable Steps to Prevent Harassment, Discrimination, and Retaliation)

12.     Amazon took reasonable steps and care to assure that Plaintiff suffered no harassment, discrimination, or retaliation based upon any legally protected characteristic or activity.

## THIRTEENTH DEFENSE

### (Scope of Employment)

13.     If Amazon's employees or any of them committed the acts alleged in the Complaint (which Amazon denies), such acts were committed outside their scope of employment and, thus, Amazon is not liable for such acts.

## FOURTEENTH DEFENSE

### (Intervening Cause)

14.     Plaintiff's damages, if any, were the result of independent intervening and/or superseding causes beyond the control of Amazon.

## FIFTEENTH DEFENSE

### (Comparative Fault)

15.     Plaintiff's claims are barred in whole or in part by the comparative fault of Plaintiff or another person or entity for whom Amazon is not and was not responsible.

## SIXTEENTH DEFENSE

### (No Entitlement to Punitive or Exemplary Damages)

16.     Plaintiff's causes of action, and each of them, do not state facts sufficient to enable Plaintiff to recover exemplary or punitive damages because no alleged actions of an officer, director, or managing agent of Amazon were willful, fraudulent, oppressive, or malicious.

## SEVENTEENTH DEFENSE

### (Failure to Mitigate Damages)

17.     The Complaint, and each purported cause of action therein, is barred, in whole or in part, because Plaintiff failed to exercise reasonable care and diligence to mitigate any alleged

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

4                                                                43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

damages including, without limitation, her alleged lost wages and emotional harm.

## EIGHTEENTH DEFENSE

### (At-Will Employment)

18.     Plaintiff's employment was terminable at the will of either Plaintiff or Plaintiff's employer under California Labor Code § 2922.

## NINETEENTH DEFENSE

### (Failure to Exhaust Administrative Remedies)

19.     Plaintiff's Complaint and each cause of action set forth therein, or some of them, are barred, in whole or in part, to the extent that Plaintiff failed to exhaust her administrative remedies in a timely manner.

## TWENTIETH DEFENSE

### (No Wrongful Termination)

20.     Plaintiff's wrongful termination cause of action is barred because any allegedly wrongful conduct by Amazon, or employees or agents of Amazon, or each of them, does not constitute conduct in contravention of the public policy of the State of California.

## TWENTY-FIRST DEFENSE

### (Failure to Use Available Internal Remedies)

21.     Plaintiff failed to timely report her allegations of harassment, discrimination, or retaliation to Amazon and thus has either waived or failed to exhaust any available remedies.

## TWENTY-SECOND DEFENSE

### (Remedial Measures)

22.     Plaintiff's purported causes of action are barred, in whole or in part, by Amazon's prompt appropriate remedial measures.

## TWENTY-THIRD DEFENSE

### (No Failure to Reimburse)

23.     Plaintiff's failure to reimburse business expenses claim is barred, in whole or in part, because Plaintiff did not incur expenditures as a direct consequence of performing her job duties.  If Plaintiff did incur expenditures (which Amazon denies), Amazon reimbursed Plaintiff

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

5

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

for the full amount of the expenditures.

## TWENTY-FOURTH DEFENSE

### (Expense Reimbursement – No Knowledge)

24.     Plaintiff's claim for failure to reimburse work-related expenses is barred, in whole or in part, because Amazon did not know, or had no reason to know, that any allegedly unpaid expenses were incurred.

## TWENTY-FIFTH DEFENSE

### (Expense Reimbursement – Not Necessary)

25.     Plaintiff's claim for failure to reimburse work-related expenses is barred, in whole or in part, to the extent any allegedly unpaid expenses were not necessary or work-related.

## TWENTY-SIXTH DEFENSE

### (Attorneys' Fees Not Recoverable)

26.     Plaintiff is precluded from recovering attorneys' fees from Amazon under applicable provisions of law, including but not limited to California Government Code § 12965.

## TWENTY-SEVENTH DEFENSE

### (Reservation of Right to Assert Affirmative Defenses)

27.     Amazon currently has insufficient knowledge or information to form a belief as to whether it may have additional, as yet unstated, defenses available.  Amazon reserves the right to assert additional defenses in the event discovery indicates that they would be appropriate.

## PRAYER FOR RELIEF

**WHEREFORE**, Amazon prays for relief as follows:

1.     That Plaintiff take nothing by her Complaint and that the Complaint be dismissed in its entirety, with prejudice;

2.     That Amazon be awarded judgment in this action;

3.     That Amazon be awarded costs of suit and attorneys' fees incurred herein; and

//

//

//

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

6

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

4. That Amazon be awarded such other and further relief as the Court deems just and proper.

Dated: May 15, 2023                    FARELLA BRAUN + MARTEL LLP


By: _____
    Jaya Bajaj

Attorneys for Defendant Amazon.com Services LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

7                                    43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

**PROOF OF SERVICE**

**Faymin Chen v. Amazon.com Services LLC, et al.**
**Case No. 30-2023-01317819-CU-WT-CJC**

**STATE OF CALIFORNIA, COUNTY OF SOLANO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One Bush Street, Suite 900, San Francisco, CA 94104.

On May 15, 2023, I served true copies of the following document(s) described as **ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT** on the interested parties in this action as follows:

Vincent Calderone
Calderone Law Firm, APC
2321 Rosecrans Ave., Suite 1265
El Segundo, CA 90245
Telephone:  (424) 348-8290
vcalderone@calemploymentattorney.com

*Attorneys for Plaintiff FAYMIN CHEN*

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Farella Braun + Martel LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at San Francisco, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address dgunn@fbm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2023, at Vacaville, California.

_____
Dan Gunn

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

8

43678\16148409.1

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT - Case No. 30-2023-01317819-CU-WT-CJC

## Gunn, Dan x3512

| | |
|---|---|
| **From:** | Max Chavez <maxc@expressnetworkas.com> |
| **Sent:** | Monday, May 15, 2023 9:35 AM |
| **To:** | Gunn, Dan x3512 |
| **Subject:** | QC 73589 |

**External Sender**

Good Morning,
Please see below for confirmation of submission of your E-filing. Conformed Copies will be sent once provided by the court.
Thank You

## eFiling Under Court Clerk Review

| | |
|---|---|
| **Submitted** | 5/15/2023 9:34 AM PT by Max Chavez |
| **Case** | Chen vs. Amazon.com Services LLC #30-2023-01317819-CU-WT-CJC |
| **Court** | Superior Court of California, Orange County (Central Justice Center Santa Ana) |
| **Client billing** | FARBRSF-73589 |
| **Court transaction #** | 11142100 |

**Documents**

- Answer to Complaint

**Max Chavez   |   Office Manager   |   Orange County**

Office: 714-542-8580 Ex 602   |   **maxc@expressnetworkas.com**   |




LOS ANGELES | SAN FRANCISCO | ORANGE COUNTY | SAN DIEGO | VENTURA | RIVERSIDE | |BAKERSFIELD
**FOR NEWS, UPDATES AND THE MOST CURRENT NOTICES INCLUDING THE LATEST AVAILABLE APPOINTMENTS FOR OVER THE COUNTER FILINGS**

**Follow us on**



🖨 **Please consider the environment before printing this email. This message may contain confidential communications.** **This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.**

2