## Melissa Kunig

**From:** FM chen <chen.faymin@gmail.com>
**Sent:** Wednesday, December 13, 2023 7:57 PM
**To:** Melissa Kunig
**Subject:** 8:23-cv-0858-FW-DFMx
**Attachments:** LA23CV03704-NOTICE.pdf

**FILED**
DEC 14, 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY __MKU__
Deputy Clerk, U.S. District Court

**CAUTION - EXTERNAL:**

Hi Ms Kunig,

I am in disagreement with my lawyer regarding the filing of this employment lawsuit. Since May 2023, this employment lawsuit (discrimination etc) documents are available on the internet for anyone to download for free,.
see the link below:
https://www.courtlistener.com/docket/67390047/chen-v-amazoncom-services-llc/
I have been under extreme hardship because of this. I was terminated by my last employer as soon as the manager found out about my lawsuit. And since then, any prospective employers rejects me right away without considering me for any job opportunities
Hence I am requesting that this case be sealed so it is not available to everyone to download for free.
Please advise.

Thank you

Sincerely,
Faymin Chen


----- Forwarded Message -----
**From:** Erick Estrada <erick_estrada@cacd.uscourts.gov>
**To:** drmt123@yahoo.com <drmt123@yahoo.com>
**Sent:** Wednesday, December 13, 2023 at 02:58:57 PM PST
**Subject:** 8:23-cv-0858-FW-DFMx

Good afternoon,

On May 16, 2023, a notice was issued on your case stating that Case 2:23cv-03704 had been terminated.  The notice also said that the matter was transferred to the Southern Division and reassigned to case number **8:23-cv-058-FWS (DFMx)** (see attached).  Please, use this number for any subsequent filings.  If you have any questions about this transfer, please reach out to the person who signed the notice, Geneva Hunt, via email.

1

To answer the question about your request to have your case sealed/redacted: In accordance with Local Rule L.R. 79-5.2 procedures[Unless otherwise stated in L.R. 79-5.2, no case or document may be filed under seal without first obtaining approval by the court]. Please reach out to Judge Fred W. Slaughter's Courtroom Deputy, Melissa H. Kunig if you have any further questions. The contact information for Ms. Kunig is in our public website http://www.cacd.uscourts.gov/judges-schedules-procedures by clicking on Judge Slaughter's name.

Thank you.

Civil Intake

United States District Court for the Central District

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYMIN CHEN <br><br> PLAINTIFF(S), <br><br> v. <br><br> AMAZON.COM SERVICES LLC, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 23-3704 <br><br><br> **NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 23-05 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _Southern_ Division.

    This case has been reassigned to case number _8:23-cv-0858 FWS (DFMx)_ and has been assigned to _Judge Fred W. Slaughter_ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Douglas F. McCormick_ for:

    X any discovery and/or post-judgment matters that may be referred.

       for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _8:23-cv-0858 FWS (DFMx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number _23-3704_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                  Clerk, U.S. District Court

                                                  By: _/s/ Geneva Hunt_
                                                      _geneva_hunt@cacd.uscourts.gov_
                                                             Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

---

G-73 (05/23)         NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT