# Melissa Kunig

**From:** FM chen <chen.faymin@gmail.com>
**Sent:** Tuesday, December 19, 2023 7:45 PM
**To:** Melissa Kunig
**Subject:** CASE: 8:23-cv-0858-FW-DFMx

**FILED**
DEC 20, 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

**CAUTION - EXTERNAL:**

Ms Kunig,

I need to know all my available options for this case 8:23-cv-0858-FW-DFMx and also what is the statute of limitation for it? W
I am not able to get this info from the lawyer who filed the lawsuit (requesting jury trial)
Please advise.

Thank you

Sincerely,
Faymin Chen

-

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1