**Melissa Kunig**

SACV 23-00858-FWS (DFMx): Faymin Chen v. Amazon.com Services LLC et al

| | |
|---|---|
| From: | Fay C <drmt123@yahoo.com> |
| Sent: | Monday, January 22, 2024 8:49 PM |
| To: | Erick Estrada |
| Subject: | Re: 8:23-cv-0858-FW-DFMx |

FILED
JAN 22, 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKH___
Deputy Clerk, U.S. District Court

**CAUTION - EXTERNAL:**

Am i allowed to do this? will it be considered ex-parte communication?

On Thursday, January 18, 2024 at 09:58:12 AM PST, Erick Estrada <erick_estrada@cacd.uscourts.gov> wrote:

Good morning,

I ran case number 8:23-cv-00858, and I found it. The matter is open, please take a look at the information below.

If you have questions about the status of your case, you must contact Judge Slaughter's assistant, Melissa H. Kunig. Her email is: melissa_kunig@cacd.uscourts.gov

Thank you.

Civil Intake

From: Fay C <drmt123@yahoo.com>
Sent: Thursday, January 18, 2024 9:37 AM
To: Erick Estrada <Erick_Estrada@cacd.uscourts.gov>
Subject: Re: 8:23-cv-0858-FW-DFMx

CAUTION - EXTERNAL:

1

HI i am not able to find this case number on PACER. i contacted PACER support and he was experiencing the same thing. see the email below. Please advise how to resolve this?

On Wednesday, December 13, 2023 at 02:58:57 PM PST, Erick Estrada <erick_estrada@cacd.uscourts.gov> wrote:

Good afternoon,

On May 16, 2023, a notice was issued on your case stating that Case 2:23cv-03704 had been terminated.  The notice also said that the matter was transferred to the Southern Division and reassigned to case number8:23-cv-058-FWS (DFMx) (see attached).  Please, use this number for any subsequent filings.  If you have any questions about this transfer, please reach out to the person who signed the notice, Geneva Hunt, via email.

To answer the question about your request to have your case sealed/redacted: In accordance with Local Rule L.R. 79-5.2 procedures[Unless otherwise stated in L.R. 79-5.2, no case or document may be filed under seal without first obtaining approval by the court].  Please reach out to Judge Fred W. Slaughter's Courtroom Deputy, Melissa H. Kunig if you have any further questions.  The contact information for Ms. Kunig is in our public websitehttp://www.cacd.uscourts.gov/judges-schedules-procedures by clicking on Judge Slaughter's name.

Thank you.

Civil Intake

United States District Court for the Central District

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.