**SACV 23-00858-FWS (DFMx): Faymin Chen v. Amazon.com Services LLC et al**

**Melissa Kunig**

**From:** Fay C <drmt123@yahoo.com>
**Sent:** Monday, January 22, 2024 8:51 PM
**To:** Erick Estrada
**Subject:** Fw: 8:23-cv-0858-FW-DFMx

**FILED**
JAN 22, 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY __MKU__
Deputy Clerk, U.S. District Court

**CAUTION - EXTERNAL:**

am i allowed to this? will it b considered ex-parte communication?

----- Forwarded Message -----
**From:** Erick Estrada <erick_estrada@cacd.uscourts.gov>
**To:** drmt123@yahoo.com <drmt123@yahoo.com>
**Sent:** Friday, December 15, 2023 at 10:16:11 AM PST
**Subject:** RE: 8:23-cv-0858-FW-DFMx

You must contact the Judge Slaughter's Courtroom Deputy to ask any questions related to your case. You can access the Courtroom Deputy's contact information on our public website. I have provided you with a link directing you to the contact information. Thank you.

http://www.cacd.uscourts.gov/honorable-fred-w-slaughter

**From:** Fay C <drmt123@yahoo.com>
**Sent:** Friday, December 15, 2023 10:07 AM
**To:** Erick Estrada <Erick_Estrada@cacd.uscourts.gov>
**Subject:** Re: 8:23-cv-0858-FW-DFMx

**CAUTION - EXTERNAL:**

i have questions about my case ( all the options i have, statue of limitation etc). whom should i contact? thanks

On Wednesday, December 13, 2023 at 02:58:57 PM PST, Erick Estrada <erick_estrada@cacd.uscourts.gov> wrote:

Good afternoon,

On May 16, 2023, a notice was issued on your case stating that Case 2:23cv-03704 had been terminated. The notice also said that the matter was transferred to the Southern Division and reassigned to case number 8:23-cv-058-FWS (DFMx) (see attached). Please, use this number for any subsequent filings. If you have any questions about this transfer, please reach out to the person who signed the notice, Geneva Hunt, via email.

To answer the question about your request to have your case sealed/redacted: In accordance with Local Rule L.R. 79-5.2 procedures [Unless otherwise stated in L.R. 79-5.2, no case or document may be filed under seal without first obtaining approval by the court]. Please reach out to Judge Fred W. Slaughter's Courtroom Deputy, Melissa H. Kunig if you have any further questions. The contact information for Ms. Kunig is in our public website http://www.cacd.uscourts.gov/judges-schedules-procedures by clicking on Judge Slaughter's name.

Thank you.

Civil Intake
United States District Court for the Central District

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.