Michael S. Kun (SBN 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone:    (310) 556-8861
Facsimile:    (310)-553-2165
mkun@ebglaw.com

Attorneys for Defendants
ASTON CARTER, INC. and
AEROTEK, INC.

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYMIN CHEN, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; ASTON CARTER, INC., a Maryland corporation; AEROTEK, INC., a Maryland corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 8:23-cv-00858-FWS-DFM<br><br>**DEFENDANTS ASTON CARTER, INC., AEROTEK, INC., AND AMAZON.COM SERVICES LLC'S RESPONSE TO VINCENT CALDERONE'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF FAYMIN CHEN**<br><br>Date:       February 15, 2024<br>Time:       10:00 a.m.<br>Crtrm:      10D |

1  Douglas E. Dexter (State Bar No. 115868)
2  ddexter@fbm.com
   Jaya Bajaj (State Bar No. 317909)
3  jbajaj@fbm.com
4  Idrian Mollaneda (State Bar No. 339369)
   imollaneda@fbm.com
5  Farella Braun + Martel LLP
6  One Bush Street, Suite 900
   San Francisco, California 94104
7  Telephone: (415) 954-4400
8  Facsimile: (415) 954-4480
9
10 Attorneys for Defendant Amazon.com Services LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO VINCENT CALDERONE'S MOTION
TO WITHDRAW AS COUNSEL FOR PLAINTIFF FAYMIN CHEN

FIRM:63542051v1

|   |   |
|---|---|
| 1 | The parties reached an agreement to resolve this case during a mediation with panel mediator Philip Cook, Esq. on November 9, 2023. (Kun Decl., ¶ 2.) Thereafter, counsel for the parties approved a written settlement agreement. (*Id.* at ¶ 3.) |

Based on the parties' agreement, Defendants Aston Carter, Inc. ("Aston Carter"), Aerotek, Inc. ("Aerotek") and Amazon.com Services LLC ("Amazon") (collectively, "Defendants") did not serve written discovery or seek to depose Plaintiff Faymin Chen ("Plaintiff"). (*Id.* at ¶ 4.) However, when asked by Defendants' counsel when Plaintiff would be signing the agreement, Plaintiff's counsel did not respond, nor did he respond when asked whether Plaintiff was reneging on the parties' agreement. (*Id.* at ¶ 5.)

Defendants have now been informed that Plaintiff will not honor the settlement she agreed to and that her counsel wishes to withdraw. (*Id.* at ¶ 6.) While Defendants do not oppose the motion to withdraw, they are concerned about the deadlines in this case, particularly as they do not believe they can conduct discovery until the Court rules on the instant motion. And Defendants cannot file a motion to continue the deadlines because they cannot conduct the required L.R. 7-3 conference as Plaintiff's counsel has stated that he is not authorized to discuss anything. (*Id.* at ¶ 7.)

Accordingly, if the Court is inclined to grant the pending motion, Defendants respectfully request that all current dates and deadlines be vacated so they will not be prejudiced by Plaintiff's refusal to honor her agreement to resolve her claims or by the difficulties she has created with her counsel that are the basis of the instant motion.

| | | |
|---|---|---|
| 1 | DATED: January 23, 2024 | EPSTEIN BECKER & GREEN, P.C. |
| 2 | | |
| 3 | | By: /s/ *Michael S. Kun*<br>Michael S. Kun |
| 4 | | |
| 5 | | Attorneys for Defendants<br>ASTON CARTER, INC. and<br>AEROTEK, INC. |
| 6 | | |
| 7 | DATED: January 23, 2024 | FARELLA BRAUN + MARTEL LLP |
| 8 | | |
| 9 | | By: /s/ *Jaya Bajaj*[1]<br>Jaya Bajaj |
| 10 | | |
| 11 | | Attorneys for Defendant<br>AMAZON.COM SERVICES LLC |

---

[1] The electronic filer hereby attests that Jaya Bajaj, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the electronic filer to file this document.