1  VINCENT CALDERONE (State Bar Number 164672)
   vcalderone@calemploymentattorney.com
2  CALDERONE LAW FIRM, APC
3  2321 Rosecrans Ave., Suite 1265
   El Segundo, CA 90245
4  Telephone: (424) 348-8290
5
6  Attorneys for Plaintiff
   FAYMIN CHEN
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                      CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| FAYMIN CHEN, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation; ASTON CARTER, INC., a Maryland corporation; AEROTEK, INC., a Maryland corporation; and DOES 1-50, inclusive<br><br>    Defendants. | Case No. 8:23-cv-00858-FWS-DFM<br><br>**SUPPLEMENTAL DECLARATION OF VINCENT CALDERONE IN SUPPORT OF MOTION OF VINCENT CALDERONE TO WITHDRAW AS COUNSEL FOR PLAINTIFF FAYMIN CHEN**<br><br>Date:          March 7, 2024<br>Time:         10:00 a.m.<br>Courtroom:  10D<br>Judge:         Fred W. Slaughter<br><br>Complaint Filed:  April 6, 2023<br>Trial Date:            August 20, 2024<br><br>Removed to Federal Court: May 16, 2023 |

# SUPPLEMENTAL DECLARATION OF VINCENT CALDERONE

I, Vincent Calderone, declare as follows:

1. I am an attorney duly admitted to the Bar of the State of California and the United States District Court, Central District of California. I am the Managing Partner at Calderone Law Firm, APC and counsel for Plaintiff Faymin Chen in this action. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2. This Supplemental Declaration is made in support of Motion of Vincent Calderone to Withdraw as Counsel for Plaintiff (the "Motion").

3. Based upon irreconcilable differences that have arisen between Plaintiff Faymin Chen ("Chen") and myself as explained in the moving papers, it is unreasonably difficult for me to carry out my duties of effective legal representation. Further, I have not been able to render any continuing representation, consummate any settlement or effectively represent Chen as a result of the breakdown of the attorney-client communication and relationship.

4. Prior to filing the Motion, in or about early December 2023, I notified Chen that she should find another attorney to represent her or that Chen could represent herself in Pro Se. In the latter half of December 2023, I requested that Chen sign a Request for Approval of Substitution of Attorney ("Request"). Chen, however, did not provide me with a signed Request. On January 9, 2024, I told Chen that I would be filing a Notice of Motion to Withdraw as her attorney.

5. Prior to filing the Motion, I provided Chen the entire case file and notified her of the scheduling order and all major dates in the case.

6. On January 18, 2024, my office e-mailed and mailed, via First-Class U.S. Postal Services, Chen a copy of the Notice of Motion and Hearing on Motion which included the date, time, and location of the hearing.

7. On February 13, 2024, my office received an email from Chen

Case No. 8:23-cv-00858-FWS-DFM                    2

SUPPLEMENTAL DECLARATION OF VINCENT CALDERONE IN SUPPORT OF MOTION OF VINCENT CALDERONE TO WITHDRAW AS COUNSEL FOR PLAINTIFF FAYMIN CHEN

acknowledging receipt of the Motion and related papers and the hearing information which included the date, time, and location of the hearing.  Attached as Exhibit A is a true and correct copy of this email string.

8. On February 15, 2024, a hearing for Motion came on as scheduled, at 10:00 a.m. in courtroom 10D of the Ronald Reagan Federal Court Building, Judge Fred. W. Slaughter presiding. Counsel for Plaintiff, Vincent Calderone, appeared at this Hearing. Idrian Molloneda appeared on behalf of Defendant Amazon.com Services LLC. Benjamin Runge appeared on behalf of Defendants Aston Carter, Inc. and Aerotek, Inc. Chen did not appear for this Hearing.

9. The Court continued the hearing to March 7, 2024 at 10:00 a.m. and the Court ordered Chen to be physically present at this Hearing.

10. After I returned from the hearing on February 15, 2024, I left a voice message to Chen advising her that the Court ordered her to appear for the next hearing on March 7, 2024.

11. I also prepared and served a Notice of Continued Hearing and Court Order for Plaintiff Faymin Chen to be present at the March 7, 2024 Hearing.  Attached as Exhibit B is a true and correct copy of this Notice.  This Notice was served to her by electronic mail and First-Class U.S. mail utilizing Chen's current email address and residence address.

12. On February 15, 2024, my paralegal transmitted an email to Chen explaining the importance and the Court order requiring her attendance at the March 7, 2024 hearing. The next day, February 16, 2024, Chen confirmed receipt of the email and Notice of Continued Hearing and Court order. Attached as Exhibit C is a true and correct copy of this email string.

13. Chen has been notified of the necessity of her physical appearance at the March 7, 2024 hearing and has provided confirmation that she has received the necessary information for the scheduled hearing.

1       I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.
3       Executed on February 20, 2024 at El Segundo, California.

*Vincent Calderone*
By: VINCENT CALDERONE

# EXHIBIT A

**Tiffany Quintero**

---

| | |
|---|---|
| **From:** | Fay C <drmt123@yahoo.com> |
| **Sent:** | Tuesday, February 13, 2024 10:12 PM |
| **Subject:** | Re: Chen v. Amazon et al. - Notice of Motion |

Noted. Thank you

On Thursday, January 18, 2024 at 03:04:32 PM PST, Tiffany Quintero <tquintero@calemploymentattorney.com> wrote:

Good afternoon Ms. Chen,

Attached please find the filed copies and the Proof of Service for the following:

1. Notice of Motion and Motion of Vincent Calderone to Withdraw as Counsel to Plaintiff Faymin Chen
2. Declaration of Vincent Calderone in Support of Motion of Vincent Calderone to Withdraw as Counsel to Plaintiff Faymin Chen
3. [Proposed] Order Granting Motion of Vincent Calderone to Withdraw as Counsel to Plaintiff Faymin Chen

The Motion Hearing is scheduled for **February 15, 2024** at **10:00 a.m.** in **Courtroom 10D** of the Ronald Reagan Federal Building and U.S. Courthouse, located at **411 West 4th Street, Santa Ana, CA 92701**.

Best regards,

**Tiffany Quintero-Maldonado, Legal Assistant**



1

Calderone Law Firm
2321 Rosecrans Ave., Suite 1265
El Segundo, CA 90245
Phone: (424) 348-8290
www.CalEmploymentAttorney.com

*********************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee.  If you have received this communication in error, please notify Calderone Law Firm immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT B

VINCENT CALDERONE (State Bar Number 164672)
vcalderone@calemploymentattorney.com
CALDERONE LAW FIRM, APC
2321 Rosecrans Ave., Suite 1265
El Segundo, CA 90245
Telephone: (424) 348-8290

Attorneys for Plaintiff
FAYMIN CHEN

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYMIN CHEN, an individual<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC, a Delaware corporation; ASTON CARTER, INC., a Maryland corporation; AEROTEK, INC., a Maryland corporation; and DOES 1-50, inclusive<br><br>  Defendants. | Case No. **8:23-cv-00858-FWS-DFM**<br><br>(Assigned for all purposes to Judge Fred W. Slaughter)<br><br>**NOTICE OF CONTINUED HEARING AND COURT ORDER FOR PLAINTIFF FAYMIN CHEN TO BE PRESENT AT THE MARCH 7, 2024 HEARING**<br><br>Date:         March 7, 2024<br>Time:         10:00 a.m.<br>Courtroom: 10D<br>Judge:        Fred W. Slaughter<br><br>**Complaint Filed:** April 6, 2023<br>**Trial Date:**        August 20, 2024<br><br>Removed to Federal Court: May 16, 2023 |

**TO PLAINTIFF FAYMIN CHEN:**

 **PLEASE TAKE NOTICE** that the hearing on Motion of Vincent Calderone to Withdraw as Counsel for Plaintiff Faymin Chen came regularly for hearing on February 15, 2024, and has been continued to **March 7, 2024 at 10:00 a.m.**, in Courtroom 10D of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West 4th Street, Santa Ana, CA 92701. The Court has ordered Plaintiff Faymin Chen to be physically present at this next hearing scheduled for March 7, 2024, at 10:00 a.m.

Dated: February 15, 2024       CALDERONE LAW FIRM, APC

                   *Vincent Calderone*
                   VINCENT CALDERONE
                   Attorneys for Plaintiff,
                   FAYMIN CHEN

# PROOF OF SERVICE

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Calderone Law Firm, 2321 Rosecrans Ave., Suite 1265, El Segundo, CA 90245.

On February 15, 2024, I served the foregoing documents described as: **NOTICE OF CONTINUED HEARING AND COURT ORDER FOR PLAINTIFF FAYMIN CHEN TO BE PRESENT AT THE MARCH 7, 2024 HEARING** on the interested parties in this action as follows:

Ms. Faymin Chen
1575 Honeywood Court
Brea, CA 92821
drmt123@yahoo.com
(323) 595-1475

Plaintiff

__X__  **BY ELECTRONIC TRANSMISSION** By e-mailing the foregoing document(s) to the persons at the e-mail addressee(s) listed above based on notice provided, that, during the Coronavirus (COVID-19) pandemic, Calderone Law Firm will be working remotely, not able to send physical mail as usual, and are therefore using electronic transmission.

__X__  **BY ELECTRONIC DELIVERY** I caused the foregoing document to be transmitted through electronic service to the email addressee(s) indicated above. The electronic service address from which the document was served is tquintero@calemploymentattorney.com.

__X__  **BY MAIL** I am employed in the office of a member of the bar of this court at whose direction the service was made, and I am readily familiar with the firm's practice of collection and processing correspondence for mailing. This practice is as follows: In the ordinary course of business, items to be mailed are collected and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California. The aforementioned envelope was placed for collection and mailing on this date under said practice.

Executed on February 15, 2024 at El Segundo, California.

__X__  **(State)**   I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_Tiffany Quintero-Maldonado_                               _[signature]_
Print Name                                                              Signature

# EXHIBIT C

**Tiffany Quintero**

| | |
|---|---|
| **From:** | Fay C <drmt123@yahoo.com> |
| **Sent:** | Friday, February 16, 2024 8:45 AM |
| **To:** | Tiffany Quintero |
| **Cc:** | Vincent Calderone; Claire Peshut |
| **Subject:** | Re: Notice of Continued Hearing and Court Ordered Appearance for Faymin Chen at the Hearing |

confirmed

On Thursday, February 15, 2024 at 06:46:56 PM PST, Tiffany Quintero <tquintero@calemploymentattorney.com> wrote:

Good afternoon Ms. Chen,

The Hearing on Motion of Vincent Calderone to Withdraw as Counsel for Plaintiff Faymin Chen took place today as scheduled at 10:00 a.m. in courtroom 10D of the Ronald Reagan Federal Building and United States Courthouse. The Court rescheduled the hearing to **March 7, 2024** at**10:00 a.m.** and has ordered your physical presence at the continued hearing. The details of the Continued Hearing are set forth below:

**Hearing Date: March 7, 2024**

**Hearing Time: 10:00 a.m.**

**Courtroom: 10D**

**Court: Ronald Reagan Federal Building and United States Courthouse**

**Court Address: 411 West. 4th Street, Santa Ana, CA 92701**

Attached please find a copy of the Notice of Continued Hearing and Court Order for Plaintiff Faymin Chen to be Present at the March 7, 2024 Hearing.**Please note that your attendance has been Court Ordered and is required at the hearing.**

If you have any questions, please do not hesitate to contact myself or Mr. Calderone.

1

Please confirm receipt of this email.

Thank you,

**Tiffany Quintero-Maldonado, Legal Assistant**



Calderone Law Firm
2321 Rosecrans Ave., Suite 1265
El Segundo, CA 90245
Phone: (424) 348-8290
www.CalEmploymentAttorney.com


*******************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee.  If you have received this communication in error, please notify Calderone Law Firm immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.