# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-00858-FWS (DFMx) | Date | March 7, 2024 |
|---|---|---|---|
| Title | Faymin Chen v. Amazon.com Services LLC et al | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**   **ATTORNEYS PRESENT FOR DEFENDANT:**

Vincent Calderone
Faymin Chen (Plaintiff)

Jaeime Paraon
Idrian Mollaneda

**PROCEEDINGS:**   **MOTION OF VINCENT CALDERONE TO WITHDRAW AS ATTORNEY [26]**

Motion hearing held. The court, counsel, and Plaintiff Faymin Chen discuss matters related to the pending motion. For the reasons stated on the record, the motion is **GRANTED**. Mr. Calderone is ORDERED to file a declaration with pro se plaintiff's contact information to be added to the docket no later than Thursday, March 7, 2024, at 5:00 p.m.

0 : 12

Initials of Deputy Clerk   mku

CC: