Name: Faymin Chen

Address: 1575 Honeywood Ct

Brea, CA 92821

Phone Number: (323) 595-1475

Email Address: fmc23578@gmail.com

*Pro Se*

```
F I L E D
CLERK, U.S. DISTRICT COURT
03/26/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FAYMIN CHEN, an individual

PLAINTIFF(S)

v.

AMAZON.COM SERVICES LLC, a Delaware Corp;
ASTON CARTER, INC., a Maryland Corp;
AEROTEK, INC., a Maryland Corp; and DOES 1-50,

DEFENDANT(S)

CASE NUMBER

8:23-cv-00858-FWS-DFM

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   
   [✓] A Computer with internet access.
   
   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   
   [✓] A scanner to convert documents that are only in paper format into electronic files.
   
   [✓] A printer or copier to create required paper copies such as chambers copies.
   
   [✓] A word-processing program to create documents; and
   
   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 03/26/2024     Signature: *[signed]*